# **EXHIBIT A**

07569491

Form **LLC-45.5(S)**
May 2018
**Secretary of State**
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.cyberdriveillinois.com

**Payment must be made by certified check, cashier's check, Illinois attorney's check, C.P.A.'s check or money order payable to Secretary of State. If check is returned for any reason this filing will be void.**

Illinois
Limited Liability Company Act
## Application for Admission to Transact Business

**SUBMIT IN DUPLICATE**
Type or print clearly.

**Filing Fee: $400**
**Penalty: $**
**Approved:** ml

FILE #
This spa
LC0307813

**FILED**
JUL 23 2019
JESSE WHITE
SECRETARY OF STATE

1. Limited Liability Company name: (see Note 1) Axiom Financial Services LLC

2. Assumed name: ______
**This item is only applicable if the company name in Item 1 is not available for use in Illinois, in which case form LLC-1.20 must be completed and submitted with this application.**

3. Jurisdiction of organization: DE

4. Date of organization: 12/14/2018

5. Period of duration: Perpetual
Enter "Perpetual" unless there is a date of dissolution provided in the agreement, in which case enter that date.

6. Address of the office required to be maintained in the jurisdiction of its organization or, if not required, of the principal place of business: (P.O. Box alone or c/o is unacceptable.)
228 Park Avenue South #67157
Number Street Suite #
New York, NY 10003
City/State ZIP

7. Registered agent: Universal Registered Agents, Inc
First Name Middle Initial Last Name

Registered office: 534 S. 2nd St., Ste 505
(P.O. Box alone or c/o is unacceptable.)
Number Street Suite #
Springfield IL 62701
City ZIP

**Note: The registered agent must reside in Illinois. If the agent is a business entity, it must be authorized to act as agent in this state.**

8. If applicable, date on which the company first conducted business in Illinois: N/A
Month, Day, Year

JUL 24 2019

(continued on back)

LLC-45.5(S)

9. Purpose(s) for which the company is organized and proposes to conduct business in Illinois: (see Note 2)

Debt collection and Debt purchasing

10. The jurisdiction of organization permits the establishment of a series having separate rights, powers or duties and has limited the liabilities of such series. Unless otherwise provided for in the operating agreement, the debts, liabilities and obligations incurred, contracted for, or otherwise existing with respect to a particular series of the Limited Liability Company are enforceable against the assets of such series only, and not against the assets of the Limited Liability Company generally or any other series thereof; and none of the debts, liabilities, obligations and expenses incurred, contracted for, or otherwise existing with respect to the Limited Liability Company generally or any other series thereof shall be enforceable against the assets of such series.

11. Pursuant to Section 37-40 of the Limited Liability Company Act, a Certificate of Designation shall be filed for each series being registered to do business in this State.

12. The Limited Liability Company: (Check one.)

☐ is managed by the **manager(s)** or ☑ has management vested in the **member(s)**.

13. List names and business addresses of all managers and any member with the authority of manager(s):

Abbas Jessa - 228 Park Ave S #67157, New York, NY 10003
Paul Birkett - 228 Park Ave S #67157, New York, NY 10003

14. The Illinois Secretary of State is hereby appointed the agent of the company for service of process under the circumstances set forth in subsection (b) of Section 1-50 of the Illinois Limited Liability Company Act.

15. **This application is accompanied by a Certificate of Good Standing or Existence, duly authenticated within the last 60 days by the officer of the state or country wherein the LLC is formed. If the Certificate of Good Standing or Existence does not affirm the ability to establish series, this application also is accompanied by a duly authenticated copy of the Articles of Organization as amended.**

16. The undersigned affirms, under penalties of perjury, having authority to sign hereto, that this application for admission to transact business is to the best of my knowledge and belief, true, correct and complete.

Dated: 5/28 (Month/Day), 2019 (Year)

[signature]
Signature

Abbas Jessa, Member
Name and Title (type or print)

If applicant is signing for a company or other entity, state name of company or entity.

**Note 1:** The name must contain the term Limited Liability Company, LLC or L.L.C. The name cannot contain any of the following terms: "Corporation," "Corp." "Incorporated," "Inc.," "Ltd.," "Co.," "Limited Partnership" or "LP." A limited liability company that will provide services licensed by the Illinois Department of Financial and Professional Regulation must instead contain the term Professional Limited Liability Company, PLLC or P.L.L.C. in the name.

**Note 2:** A professional limited liability company must state the specific professional service or related professional services to be rendered by the professional limited liability company.