# **EX. B**

**STATE OF ILLINOIS**
**DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION**
**DIVISION OF FINANCIAL INSTITUTIONS**

In the Matter of: )
Axiom Financial Services LLC, ) Case # 25 CC 146
)

# CONSENT ORDER

IMAGED

## Recitals

WHEREAS, the Collection Agency Act, 205 ILCS 740/1, et seq. governs the regulation and control of collection agencies.

WHEREAS, "'collection agency' means any person who, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in the collection of a debt." *See* 205 ILCS 740/2.

WHEREAS, "a person acts as a collection agency when he, she, or it buys accounts, bills, or other debt." *See* 205 ILCS 740(3)(d)

WHEREAS, "[n]o collection agency shall operate in this State, directly or indirectly engage in the business of collecting debt, solicit debt claims for others, have a sales office, a client, or solicit a client in this State, exercise the right to collect, or receive payment for another of any debt, without obtaining a license under this Act . . ." *See* 205 ILCS 740(4).

WHEREAS, "[a]ny person who practices, offers to practice, attempts to practice, or holds oneself out to practice as a collection agency without being licensed under this Act shall, in addition to any other penalty provided by law, pay a civil penalty to the Department in an amount not to exceed $10,000 for each offense as determined by the Department. 205 ILCS 740/4.5.

WHEREAS, Axiom Financial Services LLC ("Axiom") is a company located at 228 Park Ave., S, #67157, New York, New York.

WHEREAS, prior to the date of this order, Axiom operated as a collection agency in Illinois without a Collection Agency Act license from 2019 through 2024.

WHEREAS, the Department finds that Axiom's conduct, as described above, violates the Collection Agency Act.

WHEREAS, Axiom having been advised of its right to a hearing on the charges that it violated the Collection Agency Act, 205 ILCS 740/1 et. seq. has waived those rights, and entered into an Agreement and Stipulation to Entry of a Consent Order wherein Axiom and the Department agreed to the following terms, among others:

I. Axiom shall cease and desist all activity which requires licensure pursuant to Collection Agency Act unless and until it obtains licensure pursuant to the Collection Agency Act.

II. Upon request, Axiom shall provide all information necessary for the Department to verify Axiom's compliance with the Agreement and this Consent Order.

III. Axiom had the opportunity to seek the advice of counsel, they are entering into this Agreement freely and voluntarily, and they have all necessary authority to execute this Agreement. Axiom did not enter into this Consent Order as a result of any coercion by the Department.

**WHEREBY, IT IS ORDERED THAT**

1. Axiom shall pay a fine of $12,500 to the Department by check.

The check shall be payable to the "Illinois Department of Financial and Professional Regulation" and mailed with tracking to the below address or by any other method agreed to in writing by the Department:

Illinois Department of Financial and Professional Regulation
Attn: Phil Sanson
320 W. Washington St., 2nd Floor
Springfield, Illinois 62786

The Effective Date of this Consent Order shall be the date it is signed by the Department and Axiom. If the Consent Order is signed on different dates, the Effective Date shall be the date of the last signature.

The provisions of this Consent Order shall be binding upon Axiom and the Department, and their successors and assigns, legatees, heirs, and personal representatives.

Any provision of this Consent Order that by its context is intended to apply after termination will survive the Agreement, including but not limited to the payment provisions.

This Consent Order may be executed by physical signatures or electronic signature in counterparts and by email, and when each Party has signed and delivered at least one such counterpart, each counterpart shall be deemed an original and, when taken together with each of the other signed counterparts, shall constitute one Consent Order, which shall be binding and effective as to the Parties. Signatures emailed in portable document format (PDF) shall be acceptable and deemed binding on the Parties as if they were originals.

This Consent Order will be available to the general public.

**FRANCISCO MENCHACA**
**DIRECTOR, DIVISION OF FINANCIAL INSTITUTIONS**
**DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION**

Francisco Menchaca

Digitally signed by Francisco Menchaca
Date: 2026.04.01 12:47:40 -05'00'

Date:

**AXIOM FINANCIAL SERVICES LLC**

[redacted]