# <u>EXHIBIT D</u>

FCI Lender Services, Inc.

Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.myfci.com NMLS # 4920 DRE # 01022780
PO Box 27370 Anaheim CA 92809-0112 Fax:714-282-2429

Notice Date: 10/29/2025
Loan Number: 9160054326

Mark Laskowski
Christina E. Beasley
P.O. Box 529
Wayne, IL 60184

**Property Address:**
5N758 Rochefort Ln
Wayne, IL 60184

**Dear Mark Laskowski and Christina E. Beasley,**

FCI Lender Services, Inc. (FCI) is the authorized servicing agent working at the direction of the Lender, **Axiom Financial Services.** On September 19, 2025, we received your request for information regarding the subject loan. This letter hereby responds to your request. On September 24, 2025, FCI sent you a partial response which contained requested information about the ownership and servicing of this loan, and a copy is enclosed.

In your letter, you also requested a history of names and addresses of all the ownership transfers. You stated that you dispute the debt, and you requested a history of all payments made to the owner of the obligation.

In response:

- On June 15, 2006, Mark Laskowski and Christina E. Beasley executed a $1,000,000 promissory Note with Credit Suisse Financial Corporation. The Note was secured by a Mortgage on the Property at 5N758 Rochefort Ln., Wayne, IL 60184.
- On May 12, 2010, MERS, as nominee for Credit Suisse Financial Corporation, recorded an assignment of the Mortgage to CitiMortgage, Inc.
- On August 26, 2013, MERS, as nominee for the successor lender under the Mortgage, recorded an executed assignment of the Mortgage to PennyMac.
- On December 26, 2014, PennyMac recorded an executed assignment of Mortgage to PMT NPL Financing 2014-1.
- On November 13, 2018, PennyMac recorded a repurchase of the loan. Thereafter, PennyMac assigned the mortgage to TransAm Holdings, LLC.
- TransAm Holdings, LLC assigned the mortgage to Axiom Financial Services, LLC, the current owner, recorded with the Dupage County Recorder of Deeds on April 15, 2020 as #R2020-036474.

On or about March 1, 2009, you defaulted on your obligations under the Note and Mortgage, and on June 19, 2014, PennyMac sent you a Notice of Default and Intent to Accelerate. On October 17, 2014, PennyMac filed its Complaint, seeking to foreclose on the Mortgage.

On March 16, 2020 FCI sent you a Borrower Welcome Letter that stated: "VALIDATION OF DEBT: Unless you, the consumer, within thirty days after receipt of this notice, dispute the validity of the Debt, or any portion thereof, the Debt will be assumed to be valid by FCI as the Debt Collector." Under 15 U.S.C. § 1692g, since you did not dispute the validity of the debt within thirty days after receipt of the notice, the debt was assumed to be valid by FCI. Therefore, your current request for debt validation is untimely, and FCI is not required to respond as to the validity of the debt under § 1692g.

FCI Lender Services, Inc.

Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website: www.myfci.com NMLS # 4920 DRE # 01022780
PO Box 27370 Anaheim CA 92809-0112 Fax:714-282-2429

Notice Date: 10/29/2025
Loan Number: 9160054326

You requested a history of all payments made to the owner of the obligation. Axiom Financial Services are the current owner of the obligation, and no payments have been made on the account during their ownership. The loan is due for the March 1, 2009 payment. I enclose a history from CitiMortgage for 2007-2009 that shows your payments, including the last one made on February 27, 2009.

If you have questions about this response, please call us during our regular business hours and have the loan number ready to help expedite the process. Please see IMPORTANT DISCLOSURES enclosed.

Regards,
Alison Clark
FCI Lender Services, Inc.
(800) 931-2424 ext. 233
Monday through Friday, 8:00 a.m. – 5:00 p.m. (PT)

**IMPORTANT NOTICE:** IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.