**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK EDWARD LASKOWSKI,<br>Plaintiff,<br><br>v.<br><br>AXIOM FINANCIAL SERVICES LLC;<br>HALLIDAY, WATKINS & MANN, P.C.;<br>QUINTAIROS, PRIETO, WOOD & BOYER,<br>P.A.; and FCI LENDER SERVICES, INC.,<br><br>Defendants. | ) | **Case No. 1:26-cv-10027** |

**DEFENDANT'S RULE 12(b)(6)MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants hereby respectfully requests that the Court dismiss Count III in the Complaint for failure to state a claim for relief, and also dismiss for lack of jurisdiction because Plaintiff lacks standing. The reasons in support of Defendant's Motion are set forth in the attached Memorandum in Support.

Respectfully submitted,

***/s/ Andrew K. Weiss***

Andrew K. Weiss
Quintairos, Prieto, Wood & Boyer P. A.
Attorney for Quintairos, Prieto, Wood & Boyer P. A.
141 W. Jackson Blvd, Suite 1575, Chicago, IL 60601
(312) 566-0040
andrew.weiss@qpwblaw.com
ARDC No. 6284233