**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARK EDWARD LASKOWSKI,<br>Plaintiff,<br><br>v.<br><br>AXIOM FINANCIAL SERVICES LLC;<br>HALLIDAY, WATKINS & MANN, P.C.;<br>QUINTAIROS, PRIETO, WOOD & BOYER,<br>P.A.; and FCI LENDER SERVICES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 1:26-cv-10027** |

**DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS RULE 12(b)(6)MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**

**TABLE OF CONTENTS**


INTRODUCTION……………………………………………………………….…………1

LEGAL STANDARDS…………………………………………………………….………3

ARGUMENT……..………………………………………………………………..……...4

A. There is No Duty under the FDCPA that Required Quintairos to Verify Axiom's Licensure Pursuant to ICAA or any other Statute Prior to Representing Axiom in the Foreclosure…………………………………………………………………….…..4

B. The Litigation Conduct Alleged in Count III is Not Actionable Under the FDCPA………………………………………………………………………………...6

C. Alternatively, Mr. Laskowski' Lacks Article III Standing to Sue Quinteros…………..…8

CONCLUSION……………………………………………………………………………...9

# TABLE OF AUTHORITIES

CASES

*Ashcroft v. Iqbal*,
556 U.S. 662 (2008)……………………………………………………………….3,4,9

*Beler v. Blatt, Hasenmiller, Leibsker & Moore, LLC*
480 F.3d 470 (7th Cir. 2007)…………………………………………………..…4,6

*Bell Atlantic Corp. v. Twombly*
550 U.S. 554 (200)……………………………………………………………..3,9

*Brunett v. Convergent Outsourcing, Inc.*
982 F.3d 1067……………………………………………………………………9

*Choice v. Kohn Law Firm, S.C.*
**77** F.4th 636, 639 (7th Cir. 2023)……………………………………………………..9

*Conley v. Gibson*
355 U.S. 41(1957)………………………………………………………………..3

*Evory v. RJM Acquisitions Funding L.L.C.*
505 F.3d 769 (7th Cir. 2007)………………………………………………….....7

*Fick v. Am. Acceptance Co.*
2012 U.S. Dist. LEXIS 43761 (N.D. IN 2012)…………………………………...…6,7

*Gibbs v. Blitt & Gains, P.C.*
2014 IL App (1st) 123681………………………………………………………..5

*Heintz v. Jenkins*
514 U.S. 291 (1995)…………………………………………………………...5

*Hahn v. Triumph P'ships LLC*
557 F.3d 755 (7th Cir. 2009)……………………………………………………8

*Manlangit v. FCI Lender Servs*
2020 U.S. Dist. LEXIS 169555 (N.D. IL 2020)…………………………………5

*O'Rourke v. Palisades Acquisition XVI, LLC*
635 F.3d, 943 (7th Cir. 2011)……………………………………………………6

*Spokeo Inc. v. Robins*
578 U.S. 330 (2015)…………………………………………………………..…8

*TransUnion LLC v. Ramirez*

578 U.S. 330, 338 (2015)…………………………………………………………………...…9

**STATUTES**

15 U.S. Code § 1692…………………………………………………………………..…4,5,6,7,8

735 ILCS 5/15-1507………………………………………………………………………...…7

735 ILCS 5/15-1508……………………………………………………………………………..7