IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK EDWARD LASKOWSKI,<br><br>Plaintiff,<br>v.<br><br>AXIOM FINANCIAL SERVICES, LLC; HALLIDAY, WATKINS & MANN, P.C.; QUINTAIROS, PRIETO, WOOD & BOYER, P.A.; AND FCI LENDER SERVICES, INC.;<br><br>Defendants. | ) | Case No. 1:26-cv-10027 |

**DEFENDANT FCI LENDER SERVICES, INC.'S MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S COMPLAINT**

Defendant, FCI LENDER SERVICES, INC. ("Defendant"), by and through its attorney, Joseph Herbas of Noonan & Lieberman, Ltd., hereby moves this Court to dismiss Counts IV and V of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and in support thereof, Defendant states the following:

1. Counts IV and V of Plaintiff MARK EDWARD LASKOWSKI's Complaint are directed at Defendant.
2. For the reasons set forth in the accompanying memorandum, Defendant moves to dismiss Count IV of Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).
3. For the reasons set forth in the accompanying memorandum, Defendant moves to dismiss Count V of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, Defendant, FCI LENDER SERVICES, INC., respectfully moves this Court to dismiss Counts IV and V of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(1) and (6), and for such other and further relief as this Court deems just.

/s/ Joseph Mungovan Herbas
Attorney for Defendant

Joseph M. Herbas #6277645
Noonan & Lieberman, Ltd.
33 N. LaSalle Street, Suite 1150
Chicago, IL 60602
Tel: 312-431-1455
jherbas@noonanandlieberman.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK EDWARD LASKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-10027 |
| | ) | |
| AXIOM FINANCIAL SERVICES, LLC; HALLIDAY, WATKINS & MANN, P.C.; QUINTAIROS, PRIETO, WOOD & BOYER, P.A.; AND FCI LENDER SERVICES, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2026, I electronically filed the foregoing DEFENDANT FCI LENDER SERVICES, INC.'S MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S COMPLAINT using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Plaintiff's Attorney
Scott J. Oh, Esq.
Law Office of Scott J. Oh, LLC
5 Revere Drive, Ste. 200
Northbrook, IL 60062
sjo@sjolaw.com

Co-Defendants' Attorneys
Andrew Keeney Weiss
Quintairos, Prieto, Wood & Boyer, P.A.
141 West Jackson Boulevard, Ste. 1575
Chicago, IL 60604
andrew.weiss@qpwblaw.com

Christopher Scott Iaria
Halliday Watkins & Mann
376 East 400 South, Suite 300
Salt Lake City, UT 84111
ChrisI@hwmlawfirm.com

/s/ Joseph Mungovan Herbas
Attorney for Defendant

Joseph M. Herbas #6277645
Noonan & Lieberman, Ltd.
33 N. LaSalle Street, Suite 1150
Chicago, IL 60602
Tel: 312-431-1455
jherbas@noonanandlieberman.com