IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK EDWARD LASKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-10027 |
| | ) | |
| AXIOM FINANCIAL SERVICES, LLC; HALLIDAY, WATKINS & MANN, P.C.; QUINTAIROS, PRIETO, WOOD & BOYER, P.A.; AND FCI LENDER SERVICES, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT AXIOM FINANCIAL SERVICES, LLC'S MOTION TO DISMISS COUNTS I AND V OF PLAINTIFF'S COMPLAINT**

Defendant, AXIOM FINANCIAL SERVICES, LLC ("Defendant"), by and through its attorney, Joseph Herbas of Noonan & Lieberman, Ltd., hereby moves this Court to dismiss Counts I and V of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and in support thereof, Defendant states the following:

1. Counts I and V of Plaintiff MARK EDWARD LASKOWSKI's Complaint are directed at Defendant.
2. For the reasons set forth in the accompanying memorandum, Defendant moves to dismiss Counts I and V of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

WHEREFORE, Defendant, AXIOM FINANCIAL SERVICES, LLC, respectfully moves this Court to dismiss Counts I and V of Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and for such other and further relief as this Court deems just.

/s/ Joseph Mungovan Herbas
Attorney for Defendant

Joseph M. Herbas #6277645
Noonan & Lieberman, Ltd.
33 N. LaSalle Street, Suite 1150
Chicago, IL 60602
Tel: 312-431-1455
jherbas@noonanandlieberman.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK EDWARD LASKOWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 1:26-cv-10027 |
| | ) | |
| AXIOM FINANCIAL SERVICES, LLC; HALLIDAY, WATKINS & MANN, P.C.; QUINTAIROS, PRIETO, WOOD & BOYER, P.A.; AND FCI LENDER SERVICES, INC.; | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2026, I electronically filed the foregoing DEFENDANT AXIOM FINANCIAL SERVICES, LLC'S MOTION TO DISMISS COUNTS I AND V OF PLAINTIFF'S COMPLAINT using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Plaintiff's Attorney
Scott J. Oh, Esq.
Law Office of Scott J. Oh, LLC
5 Revere Drive, Ste. 200
Northbrook, IL 60062
sjo@sjolaw.com

Co-Defendants' Attorneys
Andrew Keeney Weiss
Quintairos, Prieto, Wood & Boyer, P.A.
141 West Jackson Boulevard, Ste. 1575
Chicago, IL 60604
andrew.weiss@qpwblaw.com

Christopher Scott Iaria
Halliday, Watkins & Mann, P.C.
376 East 400 South, Suite 300
Salt Lake City, UT 84111
ChrisI@hwmlawfirm.com

/s/ Joseph Mungovan Herbas
Attorney for Defendant

Joseph M. Herbas #6277645
Noonan & Lieberman, Ltd.
33 N. LaSalle Street, Suite 1150
Chicago, IL 60602
Tel: 312-431-1455
jherbas@noonanandlieberman.com